of the defendant Durand Realty Corporation against the plaintiff unanimously affirmed, with costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

GERTRUDE W. BRADLEY et al., Appellants, v. GENERAL STORE EQUIPMENT CORPORATION et al., Respondents.— Determination unanimously affirmed, with costs and disbursements to the respondents General Store Equipment Corporation and Richard M. Edelman. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ. [182 Misc. 199.]

JEROME ADAMS, Doing Business as PYRAMID LUBRICATING COMPANY, Respondent, v. GEORGE SMITH et al., Copartners Doing Business as SMITH CONSTRUCTION COMPANY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN ROSENTHAL, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

JOSEPH ALEBRANDE, JR., an Infant, by JOSEPH C. ALEBRANDE, His Guardian ad Litem, et al., Appellants, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

RUTH H. KATZ, an Infant, by JANET SWEDROE, Her Guardian ad Litem, et al., Respondents, v. JAYMO REALTY CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

MANUELITA AGUER-BARHENDY, Respondent, v. NEW YORK TRUST COMPANY, as Successor Trustee under the Will of CARLOS R. DUQUE, Deceased, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

MARTIN J. LIEBOWITZ, Respondent, v. HERBERT DEUTSCH, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

ALEXANDER C. HERBST, Appellant, v. SOCRATES VANTA et al., Copartners Doing Business as VANTA BROS., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

DOROTHEA M. WEITZNER, Landlord, Appellant, v. SCHINASI FURS, INC., et al., Tenants, Respondents.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ. [See post, pp. 894, 978.]

EVERITE TRADING CORPORATION, Appellant, v. WANPRESS REALTY CORPORATION et al., Respondents, et al., Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ. [178 Misc. 503.]

MATILDA THUMEN et al., Respondents, v. BENJAMIN DINOWITZ et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ. [See post, p. 894.]

GREAT AMERICAN INDEMNITY COMPANY, INC., Appellant, v. H. R. H. CONSTRUCTION CORPORATION et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

DARLING STORES CORPORATION, Respondent, v. WILLIAM BEATUS et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disburse-